FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

11 MAR -9 PM 3: 25
CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA

v.                                               CASE NO. 8:11-Cr- 134-T-17TBM

KAREEM CUSICK                                    18 U.S.C. § 922(g)(1) and 924(e)
                                                 18 U.S.C. § 924(d)(1) (Forfeiture)
                                                 28 U.S.C. § 2461(c) (Forfeiture)

### INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about January 24, 2011 in the Middle District of Florida, the defendant,

KAREEM CUSICK,

having been convicted of the following crimes punishable by imprisonment for a term exceeding one year, to wit:

Sale/Manuf./Del. of Cocaine in the Twelfth Judicial Circuit in and for Sarasota County, on or about February 4, 2009, in case number 08-CF-019723NC;

Sale/Manuf./Del. of Controlled Substance in the Twelfth Judicial Circuit in and for Sarasota County, on or about February 4, 2009, in case number 08-CF-019724NC;

Sale/Manuf./Del. of Controlled Substance in the Twelfth Judicial Circuit in and for Sarasota County, on or about February 4, 2009, in case number 08-CF-014192NC;

Sale/Manuf./Del. of Controlled Substance in the Twelfth Judicial Circuit in and for Sarasota County, on or about February 4, 2009, in case number 08-CF-014189NC; and

Sale or Delivery of Cocaine within 1000' of any Public Park in the Twelfth Judicial Circuit in and for Sarasota County, on or about December 17, 2004, in case number 04-CF-009503NC.

did knowingly possess in and affecting interstate and foreign commerce, a firearm, to wit: a Glock, Model 17, 9mm pistol, bearing serial number LZR526 and 18 rounds of WIN 9mm Luger ammunition.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

## FORFEITURE

1.   The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2.   From his engagement in any or all of the violations alleged in Count One of this Indictment, the defendant, KAREEM CUSICK, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and United States Code, Section 2461(c), all of his interest in any firearm or ammunition involved in or used in knowing violation of Title 18, United States Code, Section 922 (g)(1).

3. Such property includes, but is not limited to the following firearm and ammunition:

> a Glock, Model 17, 9mm pistol, bearing serial number LZR526 and 18 rounds of WIN 9mm Luger ammunition;

4. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred, sold to or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p), which is incorporated by reference in Title 28, United States Code, Section 2461(c).

A TRUE BILL,

_____
Foreperson

ROBERT E. O'NEILL
United States Attorney

By: _____
LISSET G. HANEWICZ
Assistant United States Attorney

By: _____
JAY L. HOFFER
Assistant United States Attorney
Chief, General Crimes

## UNITED STATES DISTRICT COURT

Middle District of Florida
Tampa Division

### THE UNITED STATES OF AMERICA

vs.

### KAREEM CUSICK

### INDICTMENT

Violations:

Title 18, United States Code, Section 922(g)(1)

A true bill,

_____
Foreperson

Filed in open court this 8th day

of March 2011.

_____
Clerk

Bail $_____