UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                               Case No. 8:11-cr-134-T-17TBM

KAREEM CUSICK

**<u>FINAL JUDGMENT OF FORFEITURE</u>**

THIS CAUSE comes before the Court upon the filing of the Motion for Final Judgment of Forfeiture by the United States for a Final Judgment of Forfeiture, pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), for a Glock, Model 17, 9mm pistol, bearing serial number LZR526 and 18 rounds of WIN 9mm Luger ammunition.

Being fully advised in the premises, the Court finds that on January 14, 2013, a Preliminary Order of Forfeiture was entered, forfeiting to the United States all right, title, and interest of defendant Cusick in the assets, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).  Doc. 129.

The Court further finds that the forfeiture was included in the Judgment in a Criminal Case.  Docs. 139 and 145.

The Court further finds that in accordance with the provisions of 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the assets on the official government website, www.forfeiture.gov, from January 15, 2013 through February 13, 2013.  Doc. 136.  The publication gave notice to all third parties with

a legal interest in the assets to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within 60 days of the first date of publication.

The Court further finds that no person, other than the defendant Cusick, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, is known to have an interest in the assets. No third party has filed a petition or claimed an interest in the assets, and the time for filing a petition has expired. Accordingly, it is hereby

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion is GRANTED.

It is FURTHER ORDERED that pursuant to the provisions of 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), all right, title and interest in the assets is CONDEMNED and FORFEITED to the United States for disposition according to law.

Clear title to the assets is now vested in the United States of America.

DONE and ORDERED in Tampa, Florida, this ___11th___ day of ___June___, 2013.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE